UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-21171-PCH

OSCAR HERRERA,

    Plaintiff,

v.

THE PEP BOYS-MANNY, MOE & JACK
LLC, a foreign limited liability company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff OSCAR HERRERA and Defendant THE PEP BOYS-MANNY, MOE & JACK, LLC on, by and through their undersigned counsel, hereby give the Court notice that the parties have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 30 days.

Dated May 24, 2024.

Respectfully submitted,

*/s/ Beth S. Joseph*
Beth S. Joseph
Florida Bar No. 0062952
Email: beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Telephone: 305.415.3308

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Beth S. Joseph*
Beth S. Joseph

## SERVICE LIST

Gregory S. Sconzo
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Email: greg@sconzolawoffice.com

Counsel for Plaintiff